KNOX, LEMMON & ANAPOLSKY, LLP
JOHN M. LEMMON (SBN 088961)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Plaintiff CALIFORNIA MILK
PROCESSOR BOARD, an instrumentality of the State
of California

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA MILK PROCESSOR BOARD, <br><br> Defendant. | **CASE NO.  2:15-cv-01083-TLN-CKD** <br><br> **ORDER EXTENDING TIME FOR THE CALIFORNIA MILK PROCESSOR BOARD TO RESPOND TO AMENDED COMPLAINT** |

On March 10, 2015, Plaintiff FOOD MARKET MERCHANDISING, INC. ("FMMI") filed a Complaint against Defendant CALIFORNIA MILK PROCESSOR BOARD ("CMPB") in the United States District Court for the Southern District of New York ("Southern District").  (Docket No. 1)

On April 16, 2015, CMPB filed a Motion to Dismiss FMMI's Complaint for lack of personal jurisdiction and improper venue or, alternatively to transfer the New York lawsuit to the United States District Court for the Eastern District of California ("Eastern District") pursuant to 28 U.S.C. section 1404(a).  (Docket Nos. 5-8)

On April 30, 2015, FMMI filed an Amended Complaint.  (Docket No. 11)

---

1
**ORDER EXTENDING TIME FOR THE CALIFORNIA MILK PROCESSOR BOARD TO RESPOND TO AMENDED COMPLAINT**

On May 7, 2015, the Honorable Lewis A. Kaplan, United States District Judge, issued a Memorandum and Order granting CMPB's motion to transfer the lawsuit to the Eastern District. Judge Kaplan denied CMPB's Motion to Dismiss. (Docket No. 17) Pursuant to Federal Rules of Civil Procedure, Rule 12(a)(4)(A), CMPB's deadline to file its responsive pleading following Judge Kaplan's denial of its Motion to Dismiss is currently this **Thursday, May 21, 2015**.

On or about May 12, 2015, FMMI's attorneys executed a stipulation extending CMPB's time to respond to the Amended Complaint until June 2, 2015. On May 18, 2015, CMPB's New York counsel wrote to Judge Kaplan to see whether he had approved the stipulation that counsel submitted to the Southern District on May 13, 2015. (Docket No. 18) On May 19, 2015, the Eastern District received the transferred case from the Southern District. (Docket No. 19) The Eastern District's docket shows that Judge Kaplan never ruled on CMPB's request to approve the signed stipulation before the case was transferred to the Eastern District.

CMPB has not previously sought any extension of time in the instant lawsuit other than the extension request to Judge Kaplan described above.

**ORDER**

The Court, having reviewed the Stipulation extending CMPB's time to respond to the Amended Complaint, and good cause appearing therefore, the California Milk Processor Board has until June 2, 2015 to file a response to FMMI's Amended Complaint.

**IT IS SO ORDERED**.
Dated: May 22, 2015

_____
Troy L. Nunley
United States District Judge