Dale C. Campbell, State Bar No. 99173
Scott M. Plamondon, State Bar No. 212294
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:   916.558.6000
Facsimile:   916.446.1611

Attorneys for Plaintiff and Counterdefendant
Food Market Merchandising, Inc. and Counterdefendants
Jon Tollefson and Reach Companies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA MILK PROCESSOR BOARD, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:15-cv-01083-TLN-CKD <br><br> **STIPULATION EXTENDING TIME FOR PLAINTIFF AND COUNTERDEFENDANT FOOD MARKET MERCHANDISING, INC. AND COUNTERDEFENDANTS JON TOLLEFSON AND REACH COMPANIES, INC. TO RESPOND TO FIRST AMENDED COUNTERCLAIM BY NOT MORE THAN 28 DAYS; AND ORDER** <br><br> **[F.R.C.P., Rule 6 and Local Rule 144]** <br><br> First Amended Counterclaim Served: <br>  June 4, 2015 <br> Current Response Date:  June 22, 2015 <br> New Response Date:  July 16, 2015 |

Pursuant to Local Rule 144, plaintiff and counterdefendant Food Market Merchandising, Inc. ("FMMI") and counterdefendants Jon Tollefson and Reach Companies, LLC (collectively, "Counterdefendants") and defendant and counterclaimant California Milk Processor Board ("Counterclaimant"), by and through their respective attorneys of record, hereby stipulate that:  (1) Counterclaimant filed its original counterclaim against FMMI on May 21, 2015.  Before FMMI responded, Counterclaimant filed its First Amended

1

Stipulation Extending Time for Counterdefendants
to Respond to First Amended Counterclaim by Not
Not More than 28 Days; and Order

Counterclaim on June 4, 2015, adding, among other things, Jon Tollefson and Reach Companies, Inc. as additional counterdefendants; (2) counterdefendant FMMI was served with the First Amended Counterclaim on June 4, 2015, and counterdefendants Jon Tollefson and Reach Companies, Inc. were served on June 10, 2015; (3) the time for Counterdefendants to respond or otherwise plead to the First Amended Counterclaim shall be extended from June 22, 2015 to July 16, 2015 (a date which is not more than 28 days from the initial response date); and (4) this is the first such extension of time to respond.

Respectfully submitted,

Dated: June 17, 2015

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Dale C. Campbell
Dale C. Campbell
State Bar No. 99173

Attorneys for Plaintiff and Counterdefendant Food Market Merchandising, Inc. and Counterdefendants Jon Tollefson and Reach Companies, Inc.

Dated: June 17, 2015

**KNOX LEMMON & ANAPOLSKY, LLP**

By: /s/ Stephen J. Byers
Stephen J. Byers
State Bar No. 245607

Attorneys for Defendant and Counterclaimant California Milk Processor Board

## ORDER

Upon consideration of the parties' Stipulation Extending Time for Plaintiff and Counterdefendant Food Market Merchandising, Inc. and Counterdefendants Jon Tollefson and Reach Companies, Inc. to Respond to First Amended Counterclaim by Not More Than

28 Days, and finding that good cause is shown, it is hereby

ORDERED that the parties' request be and is GRANTED.

It is further

ORDERED that Counterdefendants FMMI, Jon Tollefson, and Reach Companies, Inc. shall have an extension of time, up to and including July 16, 2015, in which to respond or otherwise plead to Counterclaimant's First Amended Counterclaim.

IT IS SO ORDERED.

Dated:  June 17, 2015

_____
Troy L. Nunley
United States District Judge

3

Stipulation Extending Time for Counterdefendants
to Respond to First Amended Counterclaim by Not
Not More than 28 Days; and Order