PETER E. GLICK (SBN 127979)
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA  95811
Telephone:     (916) 448-6182
Fax:               (916) 448-2434
E-mail: *pglick@pglick.com*

Attorneys for Counterdefendant
MAGIC STRAWS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA MILK PROCESSOR BOARD,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:15-CV-01083-TLN-CKD<br><br>**STIPULATION EXTENDING TIME FOR COUNTERDEFENDANT MAGIC STRAWS, LLC TO RESPOND TO FIRST AMENDED COUNTERCLAIM BY NOT MORE THAN 28 DAYS; AND ORDER**<br><br>[F.R.C.P., Rule 6 and Local Rule 144]<br><br>**First Amended Counterclaim Served: June 10, 2015**<br><br>**Current Response Date:  July 1, 2015**<br>**New Response Date:  July 29, 2015** |

Pursuant to Local Rule 144, Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD ("Counterclaimant") and Counterdefendant MAGIC STRAWS, LLC ("MAGIC STRAWS") by and through their respective attorneys of record, hereby stipulate that:

(1) Counterclaimant filed its First Amended Counterclaim on June 4, 2015, adding, MAGIC STRAWS, among other parties as a counterdefendant;  (2) Counterdefendant MAGIC

STRAWS was served with the First Amended Counterclaim on June 10, 2015; (3) the time for Counterdefendant MAGIC STRAWS to respond or otherwise plead to the First Amended Counterclaim shall be extended from July 1, 2015 to July 29, 2015 (a date which is not more than 28 days from the initial response date); and (4) this is the first such extension of time to respond.

                                                   Respectfully submitted,

Dated:  July 6, 2015                            PETER E. GLICK
                                                   Attorney at Law


                                                 By:  /s/ Peter E. Glick
                                                 Peter E. Glick, Esq. SBN 127979
                                                 Attorneys for Counterdefendant
                                                 MAGIC STRAWS, LLC

Dated:  July 1, 2015                            KNOX LEMMON & ANAPOLSKY, LLP


                                                 By:  /s/ Kurt D. Hendrickson
                                                 Kurt D. Hendrickson  SBN 251509
                                                 Attorneys for Defendant and Counterclaimant
                                                 California Milk Processor Board

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION EXTENDING TIME FOR COUNTERDEFENDANT TO RESPOND TO FIRST AMENDED COUNTERCLAIM BY NOT MORE THAN 28 DAYS; and  ORDER**

Peter E. Glick
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA  95811

**ORDER**

Upon consideration of the parties' "Stipulation Extending Time for Defendant and Counterclaimant CALIFORNIA MILK PROCESSOR BOARD and Counterdefendant MAGIC STRAWS, LLC, to Respond to First Amended Counterclaim by Not More Than 28 Days", and finding that good cause is shown, it is hereby:

ORDERED that the parties' request be and is GRANTED.

It is further ORDERED that Counterdefendant MAGIC STRAWS LLC shall have an extension of time, up to and including July 29, 2015, in which to respond or otherwise plead to Counterclaimant's First Amended Counterclaim.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
Troy L. Nunley
United States District Judge

Peter E. Glick
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA 95811

STIPULATION EXTENDING TIME FOR COUNTERDEFENDANT TO RESPOND TO FIRST AMENDED COUNTERCLAIM BY NOT MORE THAN 28 DAYS; and ORDER
3