KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 73384)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Defendant/Counterclaimant CALIFORNIA
MILK PROCESSOR BOARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>CALIFORNIA MILK PROCESSOR BOARD,<br><br>　　Defendant. | **CASE NO.  2:15-cv-01083-TLN-CKD**<br><br>**STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS FIRST AMENDED ANSWER AND COUNTERCLAIMS OF CALIFORNIA MILK PROCESSOR BOARD** |
| CALIFORNIA MILK PROCESSOR BOARD,<br><br>　　Counterclaimant,<br><br>v.<br><br>FOOD MARKET MERCHANDISING, INC.; MAGIC STRAWS, LLC; REACH COMPANIES, LLC; and JON TOLLEFSON<br><br>　　Counterdefendants. | |

1
**STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS FIRST AMENDED ANSWER AND COUNTERCLAIMS OF CALIFORNIA MILK PROCESSOR BOARD**

## INTRODUCTION

Pursuant to Rule 230(f) of the Local Rules of the United States District Court for the Eastern District of California, Plaintiff/Counterdefendant FOOD MARKET MERCHANDISING, INC., Counterdefendants MAGIC STRAWS, LLC, REACH COMPANIES, LLC, JON TOLLEFSON (collectively, "Counterdefendants"), and Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD, an instrumentality existing under the laws of the State of California and the regulations promulgated by the California Department of Food and Agriculture ("CMPB") (collectively, the "Parties") would like to continue the hearings on (1) the Motion of Counterdefendant Magic Straws, LLC to Dismiss California Milk Processor Board's Counterclaims and (2) the Motion of Counterdefendants Food Market Merchandising, Inc., Reach Companies, LLC, and Jon Tollefson to Dismiss California Milk Processor Board's Counterclaims. Both Motions are presently set for September 24, 2015. The Parties would like to continue both Motions to October 8, 2015, in Courtroom 2, 15th floor, of the United States District Court for the Eastern District of California.

The Parties believe these continuances are necessary to give CMPB sufficient time to complete its draft Second Amended Answer and Counterclaims to address the alleged deficiencies raised by both Motions to Dismiss and to thereafter give Counterdefendants sufficient time to review the draft Second Amended Answer and Counterclaims before deciding whether to stipulate to allow CMPB to file its Second Amended Answer and Counterclaims subject to the Counterdefendants' reservation of rights to file a motion to dismiss all or part of the Second Amended Counterclaim.

.

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate that the hearings on (1) the Motion of Counterdefendant Magic Straws, LLC to Dismiss California Milk Processor Board's Counterclaims and (2) the Motion of Counterdefendants Food Market Merchandising, Inc., Reach Companies, LLC, and Jon Tollefson to Dismiss California Milk Processor Board's Counterclaims, presently set for September 24, 2015, be continued to October 8, 2015, in Courtroom 2, 15th floor, of the United States District Court for the Eastern District of California.

Dated: August 18, 2015          KNOX, LEMMON & ANAPOLSKY, LLP

By: /s/
STEPHEN J. BYERS, Attorneys for
CALIFORNIA MILK PROCESSOR BOARD

Dated: August 18, 2015          PETER E. GLICK, ATTORNEY AT LAW

By: /s/ (as authorized on 8/18/15)
PETER E. GLICK, Attorney for
Magic Straws, LLC

Dated: August 18, 2015          **WEINTRAUB TOBIN** CHEDIAK COLEMAN
GRODIN Law Corporation

By: /s/ (as authorized on 8/18/15)
DALE C. CAMPBELL, Attorneys for Food
Market Merchandising, Inc., Reach Companies,
LLC and Jon Tollefson

**ORDER**

Upon consideration of the Parties' "Stipulation to Continue Hearings on Motions to Dismiss First Amended Answer and Counterclaims of California Milk Processor Board" and finding that good cause is shown, it is hereby ORDERED that the Parties' request is GRANTED.

It is further ORDERED that the hearings on (1) the Motion of Counterdefendant Magic Straws, LLC to Dismiss California Milk Processor Board's Counterclaims and (2) the Motion of Counterdefendants Food Market Merchandising, Inc., Reach Companies, LLC, and Jon Tollefson to Dismiss California Milk Processor Board's Counterclaims, presently set for September 24, 2015, are continued to October 8, 2015, in Courtroom 2, 15th floor, of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:  August 24, 2015

_____
Troy L. Nunley
United States District Judge