KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 73384)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Defendant/Counterclaimant CALIFORNIA
MILK PROCESSOR BOARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA MILK PROCESSOR BOARD,<br><br>    Defendant. | CASE NO.  2:15-cv-01083-TLN-CKD<br><br>**SECOND STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS FIRST AMENDED ANSWER AND COUNTERCLAIMS OF CALIFORNIA MILK PROCESSOR BOARD**<br><br>Hearing Date:     October 8, 2015<br>Time:                  2:00 p.m.<br>Courtroom:        2, 15th Floor<br>Judge:                Troy L. Nunley<br><br>Complaint Filed:  March 10, 2015<br>Trial Date:            N/A |
| CALIFORNIA MILK PROCESSOR BOARD,<br><br>    Counterclaimant,<br><br>v.<br><br>FOOD MARKET MERCHANDISING, INC.; MAGIC STRAWS, LLC; REACH COMPANIES, LLC; and JON TOLLEFSON<br><br>    Counterdefendants. | |

1
**SECOND STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS FIRST AMENDED
ANSWER AND COUNTERCLAIMS OF CALIFORNIA MILK PROCESSOR BOARD**

**INTRODUCTION**

Pursuant to Rule 230(f) of the Local Rules of the United States District Court for the Eastern District of California, Plaintiff/Counterdefendant FOOD MARKET MERCHANDISING, INC., Counterdefendants MAGIC STRAWS, LLC, REACH COMPANIES, LLC, JON TOLLEFSON (collectively, "Counterdefendants"), and Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD, an instrumentality existing under the laws of the State of California and the regulations promulgated by the California Department of Food and Agriculture ("CMPB") (collectively, the "Parties") would like to continue the hearings on (1) the Motion of Counterdefendant Magic Straws, LLC to Dismiss California Milk Processor Board's Counterclaims and (2) the Motion of Counterdefendants Food Market Merchandising, Inc., Reach Companies, LLC, and Jon Tollefson to Dismiss California Milk Processor Board's Counterclaims.  Both Motions are presently set for October 8, 2015.  The Parties would like to continue both Motions to October 22, 2015, in Courtroom 2, 15th floor, of the United States District Court for the Eastern District of California.

On August 26, 2015, the Court issued its Order continuing the hearings on both Motions to Dismiss to October 8, 2015 pursuant to the parties' stipulation. The Parties have agreed to stipulate to a further continuance of the hearings on the Motions to Dismiss to October 22, 2015 to give Counterdefendants time to review CMPB's proposed Second Amended Counterclaims and then advise CMPB no later than September 18, 2015 whether Counterdefendants will stipulate to allow CMPB to file its Second Amended Answer and Counterclaims subject to the Counterdefendants' reservation of rights to file a motion to dismiss all or part of the Second Amended Counterclaim.

.

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate that the hearings on (1) the Motion of Counterdefendant Magic Straws, LLC to Dismiss California Milk Processor Board's Counterclaims and (2) the Motion of Counterdefendants Food Market Merchandising, Inc., Reach Companies, LLC, and Jon Tollefson to Dismiss California Milk Processor Board's Counterclaims, presently set for October 8, 2015, be continued to October 22, 2015, in Courtroom 2, 15th floor, of the United States District Court for the Eastern District of California.

Dated: September 11, 2015         KNOX, LEMMON & ANAPOLSKY, LLP

                                  By: /s/
                                  STEPHEN J. BYERS, Attorneys for
                                  CALIFORNIA MILK PROCESSOR BOARD

Dated: September 11, 2015         PETER E. GLICK, ATTORNEY AT LAW

                                  By: /s/ (as authorized on 9/11/15)
                                  PETER E. GLICK, Attorney for
                                  Magic Straws, LLC

Dated: September 11, 2015         **CHRISTENSEN LAW OFFICE PLLC**

                                  By: /s/ (as authorized on 9/11/15)
                                  CARL E. CHRISTENSEN (*pro hac vice*), Attorneys for
                                  Food Market Merchandising, Inc., Reach Companies,
                                  LLC and Jon Tollefson

Dated: September 11, 2015         **WEINTRAUB TOBIN** CHEDIAK COLEMAN
                                  GRODIN Law Corporation

                                  By: /s/ (as authorized on 9/11/15)
                                  DALE C. CAMPBELL, Attorneys for Food
                                  Market Merchandising, Inc., Reach Companies,
                                  LLC and Jon Tollefson

**ORDER**

Upon consideration of the Parties' "Second Stipulation to Continue Hearings on Motions to Dismiss First Amended Answer and Counterclaims of California Milk Processor Board" and finding that good cause is shown, it is hereby ORDERED that the Parties' request is GRANTED.

It is further ORDERED that the hearings on (1) the Motion of Counterdefendant Magic Straws, LLC to Dismiss California Milk Processor Board's Counterclaims and (2) the Motion of Counterdefendants Food Market Merchandising, Inc., Reach Companies, LLC, and Jon Tollefson to Dismiss California Milk Processor Board's Counterclaims, presently set for October 8, 2015, are continued to October 22, 2015, in Courtroom 2, 15th floor, of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:  September 11, 2015

_____
Troy L. Nunley
United States District Judge