KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 73384)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA MILK PROCESSOR BOARD, <br><br> Defendant. | **CASE NO.  2:15-cv-01083-TLN-CKD** <br><br> **STIPULATION & ORDER EXTENDING TIME FOR COUNTERDEFENDANTS TO FILE ANSWER TO SECOND AMENDED ANSWER AND COUNTERCLAIMS OF CALIFORNIA MILK PROCESSOR BOARD** <br><br> Complaint Filed:    March 10, 2015 <br> Trial Date:           N/A |
| CALIFORNIA MILK PROCESSOR BOARD, <br><br> Counterclaimant, <br><br> v. <br><br> FOOD MARKET MERCHANDISING, INC.; MAGIC STRAWS, LLC; REACH COMPANIES, LLC; JON TOLLEFSON; DIVERSIFIED CONSUMER GOODS, LLC; DIVERSIFIED FLAVOR, LLC, and PAUL HENSON <br><br> Counterdefendants. | |

1
**STIPULATION & ORDER EXTENDING TIME FOR COUNTERDEFENDANTS TO FILE ANSWER TO SECOND AMENDED ANSWER AND COUNTERCLAIMS, ETC.**

The parties, by and through their attorneys of record, hereby stipulate, pursuant to this Court's Local Rule 144(a), that the deadline for Plaintiff/Counterdefendant FOOD MARKET MERCHANDISING, INC., Counterdefendants MAGIC STRAWS, LLC, REACH COMPANIES, LLC, and JON TOLLEFSON to file their Answers to Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD's Second Amended Answer and Counterclaims ("SAC") will be thirty (30) days after the last new counterdefendant (Paul Henson, Diversified Flavor, LLC, and Diversified Consumer Goods, LLC) added by the SAC has been served with the summons and the SAC, but in any event no later than November 6, 2015.  This stipulation will not affect the deadlines for the new counterdefendants (Paul Henson, Diversified Flavor, LLC, and Diversified Consumer Goods, LLC) to respond to the SAC.

Dated:  September 23, 2015                KNOX, LEMMON & ANAPOLSKY, LLP


By:  /s/
STEPHEN J. BYERS, Attorneys for
CALIFORNIA MILK PROCESSOR BOARD


Dated:  September 23, 2015                PETER E. GLICK, ATTORNEY AT LAW

By:  /s/  (as authorized on 9/23/15)
PETER E. GLICK, Attorney for
Magic Straws, LLC

Dated:  September 23, 2015                **CHRISTENSEN LAW OFFICE PLLC**

By:  /s/  (as authorized on 9/23/15)
CARL E. CHRISTENSEN (*pro hac vice*), Attorneys for
Food Market Merchandising, Inc., Reach Companies,
LLC and Jon Tollefson

Dated:  September 23, 2015                **WEINTRAUB TOBIN** CHEDIAK COLEMAN
GRODIN Law Corporation

By:  /s/  (as authorized on 9/23/15)
DALE C. CAMPBELL, Attorneys for Food
Market Merchandising, Inc., Reach Companies,
LLC and Jon Tollefson

2
**STIPULATION & ORDER EXTENDING TIME FOR COUNTERDEFENDANTS TO FILE ANSWER TO SECOND AMENDED ANSWER AND COUNTERCLAIMS, ETC.**

**ORDER**

Upon consideration of the aforementioned Stipulation and finding that good cause is shown, it is hereby ORDERED that the Parties' request is GRANTED.

It is further ORDERED that the deadline for Plaintiff/Counterdefendant FOOD MARKET MERCHANDISING, INC., Counterdefendants MAGIC STRAWS, LLC, REACH COMPANIES, LLC, and JON TOLLEFSON to file their Answers to Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD's Second Amended Answer and Counterclaims ("SAC") will be thirty (30) days after the last new counterdefendant (Paul Henson, Diversified Flavor, LLC, and Diversified Consumer Goods, LLC) added by the SAC has been served with the summons and the SAC, but in any event no later than November 6, 2015.  The deadlines for the new counterdefendants (Paul Henson, Diversified Flavor, LLC, and Diversified Consumer Goods, LLC) to respond to the SAC will not be affected by this Order.

IT IS SO ORDERED.

Dated:  September 25, 2015

_____
Troy L. Nunley
United States District Judge