PETER E. GLICK (SBN 127979)
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA 95811
Telephone: (916) 448-6182
Fax: (916) 448-2434

Attorneys for Counterdefendant
MAGIC STRAWS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FOOD MARKET MERCHANDISING, INC., Plaintiff

vs.

CALIFORNIA MILK PROCESSOR BOARD, Defendant.

AND RELATED COUNTERCLAIMS

**Case No. 2:15-cv-01083-TLN-CKD**

**STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION; AND ORDER**

Whereas Defendant/Counterclaimant CALIFORNIA MILK PROCESSOR BOARD ("CMPB") filed its Second Amended Answer and Counterclaims ("SAC") against Counterdefendants MAGIC STRAWS, LLC ("MAGIC STRAWS"); FOOD MARKET MERCHANDISING, INC. ("FMMI"); REACH COMPANIES, LLC ("REACH"); JON TOLLEFSON ("TOLLEFSON"); DIVERSIFIED CONSUMER GOODS, LLC, ("DIVERSIFIED GOODS"); DIVERSIFIED FLAVOR, LLC ("DIVERSIFIED FLAVOR") and PAUL HENSON (HENSON), on September 28, 2015; the Parties have all agreed that they will engage in a private mediation and endeavor to conclude their mediation, which they agree will require multiple days of mediation, no

**STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION AND ORDER**

1

Peter E. Glick
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA 95811

later than January 31, 2016; and,

Whereas all Counterdefendants above have been served with Summons and the SAC except for DIVERSIFIED GOODS;

On September 23, 2015, CMPB filed a "Stipulation & [*Proposed*] Order Extending Time for Counterdefendants to File Answer to Second Amended Answer and Counterclaims of California Milk Processor Board." (Docket No. 49) FMMI, MAGIC STRAWS, REACH and TOLLEFSON contend that this Stipulation was intended to extend the time for them to plead by answer or by motion. CMPB disagrees with their position based on the plain language of the Stipulation. All parties reserve their right to further address this issue following the conclusion of the mediation.

On September 28, 2015, the Court issued its "Order Extending Time for Counterdefendants to File Answer to Second Amended Answer and Counterclaims of California Milk Processor Board." (Docket No. 54)

On October 20, 2015, DIVERSIFIED FLAVOR and HENSON filed their "Stipulation Pursuant to Local Rule 144 Extending Time for Counterdefendants Diversified Flavor, LLC and Paul Henson to Appear, Answer or Otherwise Respond with Respect to California Milk Processor Board's Counterclaims." (Docket No. 58)

Whereas all of the parties have now mutually agreed to submit all of their disputes to private mediation;

Whereas all of the parties have agreed on a mediator, Hon. Raul A. Ramirez, Ret.;

Whereas all of the parties hereto believe that an effective mediation will be enhanced if the parties are able to temporarily suspend current deadlines with respect to the SAC and that, unless those deadlines are temporarily suspended, a mediation would not be possible;

NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:

1. The parties intend to conduct multiple days of mediation with Judge Ramirez sometime in January 2016;

2. The parties intend that the mediation will be concluded by January 31,

**Peter E. Glick**
**Attorney at Law**
1722 3rd Street, Suite 201
Sacramento, CA 95811

**STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION AND ORDER**

2

2016.

3. All proceedings are stayed, including discovery and initial disclosures as well as the parties' preparation and submission of an Amended Joint Status Report to address the three new Counterdefendants brought into this lawsuit after the parties filed their initial Joint Status Report.

4. The November 6 and 18, 2015 deadlines listed in the documents filed as Docket Nos. 49, 54, and 58 are each continued until 30 days following the final face-to-face session involving mediator Ramirez and the parties.

5. The parties intend that all of their claims and defenses, legal or equitable, be tolled and suspended without prejudice while also expressly reserving all rights as they existed as of the date of this Stipulation.

Respectfully submitted,

Dated: November 5, 2015

PETER E. GLICK
Attorney at Law

By: /s/
Peter E. Glick
State Bar No. 127979

Attorneys for Counterdefendant
MAGIC STRAWS, LLC

Dated: November 5, 2015

KNOX LEMMON & ANAPOLSKY, LLP

By: /s/ (as authorized 11/05/2015)
Stephen J. Byers
State Bar No. 245607

Attorneys for Defendant and Counterclaimant
California Milk Processor Board

Peter E. Glick
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA 95811

**STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION AND ORDER**

3

Dated: November 5, 2015

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN, Law Corporation

By: /s/ (as authorized 11/05/2015
DALE C. CAMPBELL
State Bar No. 99173

Attorneys for Counterdefendants FOOD MARKET MERCHANDISING, INC; REACH COMPANIES LLC; and JON TOLLEFSON

Dated: November 5, 2015

CHRISTENSEN LAW OFFICE PLLC

By: /s/ (as authorized 11/05/2015
CARL E. CHRISTENSEN (*pro hac vice*)

Attorneys for Counterdefendants FOOD MARKET MERCHANDISING, INC; REACH COMPANIES LLC; and JON TOLLEFSON

Dated: November 5, 2015

LAW OFFICES OF K. GREG PETERSON

By: /s/ (as authorized 11/05/2015
K. Greg Peterson
State Bar No. 118287

Attorneys for Counterdefendants DIVERSIFIED FLAVOR, LLC and PAUL HENSON

**ORDER**

Upon consideration of the parties' "STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS

**STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION AND ORDER**

4

**Peter E. Glick**
**Attorney at Law**
1722 3rd Street, Suite 201
Sacramento, CA 95811

**Peter E. Glick**
**Attorney at Law**
1722 3rd Street, Suite 201
Sacramento, CA 95811

TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION", and finding that good cause is shown, it is hereby:

ORDERED that the parties' request be and is GRANTED.

It is further ORDERED that:

1. The parties shall conclude their private mediation by January 31, 2016;

2. All proceedings are stayed, including discovery and initial disclosures as well as the parties' preparation and submission of an Amended Joint Status Report to address the three new Counterdefendants brought into this lawsuit after the parties filed their initial Joint Status Report.

3. The November 6 and 18, 2015 deadlines listed in the documents filed as Docket Nos. 49, 54, and 58 are each continued until 30 days following the final face-to-face session involving mediator Ramirez.

4. The parties intend that all of their claims and defenses, legal or equitable, be tolled and suspended without prejudice while also expressly reserving all rights as they existed as of the date of this Order.

IT IS SO ORDERED.

DATED: November 5, 2015

Troy L. Nunley
United States District Judge

**STIPULATION CONTINUING TIME REGARDING CMPB'S SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ALLOW PARTIES TO CONDUCT PRIVATE MEDIATION AND ORDER**

5