UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA MILK PROCESSOR BOARD, <br><br> Defendant. | No. 2:15-cv-01083-TLN-CKD <br><br> **ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL FOR COUNTER DEFENDANT** |
| CALIFORNIA MILK PROCESSOR BOARD, <br><br> Counter Claimant, <br><br> v. <br><br> FOOD MARKET MERCHANDISING, INC.; MAGIC STRAWS, LLC; REACH COMPANIES, LLC; JON TOLLEFSON; DIVERSIFIED CONSUMER GOODS, LLC, DIVERSIFIED FLAVOR, LLC and PAUL HENSON, <br><br> Counter Defendants. | |

The Law Offices of K. Greg Peterson, Esq, ("Counter Defedants' counsel") represents Counter Defendants Diversified Consumer Goods, LLC (together with Diversified Flavor, LLC

1

and Paul Henson) in this matter, and filed a motion to withdraw as counsel, on January 14, 2016, followed by a subsequent updated motion on April 6, 2016. (Mot. to Withdr., ECF Nos. 62 & 67.)  These motions were made due to Counter Defendants expressing a "desire to retain new counsel," as well as, Counter Defendants' discontinuation of "communicating with Peterson regarding its representation [or] paying him for his services at this point." (ECF No. 67 at 5.) Counter Defendants' counsel sent written notice to Counter Defendants' email address, advising them of their need for new counsel, and provided them with the names and telephone numbers of three attorneys to possibly represent them.  (ECF No. 62 at 2.)

      In consideration of counsel's stated reason for withdrawal, Counter Defendants have shown no apparent opposition.  (ECF No. 67 at 5.)  Additionally, there is no apparent prejudice to the administration of justice or the timeliness of resolving this case.  *Id.*  Local Rule 183(a) states that, "A corporation or other entity may appear only by an attorney."  Thus, Counter Defendants are barred from appearing in propria persona.  Accordingly, Counter Defendants have forty-five (45) days from the entry of this order to acquire new representation.

      The Court hereby GRANTS the Motion to Withdraw.  (ECF Nos. 62 & 67.)

      IT IS SO ORDERED:

Dated: June 8, 2016

Troy L. Nunley  
United States District Judge