BRIAN C. LEIGHTON, CA BAR #090907
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, CA 93612
(559) 297-6190
Fax (559) 297-6194
E-mail: brian@lawleighton.com

Attorney for Counter-Defendants
Diversified Consumer Goods, LLC,
Diversified Flavor, LLC and Paul Henson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br>            Plaintiff, <br>    v. <br> CALIFORNIA MILK PROCESSOR BOARD, <br>            Defendant. <br>_____ <br> CALIFORNIA MILK PROCESSOR BOARD, <br>            Counter-Claimant, <br>    v. <br> FOOD MARKET MERCHANDISING, INC.; MAGIC STRAWS, LLC; REACH COMPANIES, LLC; JON TOLLEFSON; DIVERSIFIED CONSUMER GOODS, LLC; DIVERSIFIED  FLAVOR, LLC and PAUL HENSON, <br>            Counter-Defendants. | **CASENO.:  2:15-cv-01083-TLN-CKD** <br><br> **NOTICE OF APPEARANCE AS ATTORNEY FOR COUNTER-DEFENDANTS DIVERSIFIED CONSUMER GOODS, LLC, DIVERSIFIED FLAVOR, LLC AND PAUL HENSON AND ORDER THEREON** |

TO THE COURT AND THE PARTIES OF RECORD:

1

On or about June 9, 2016 (DOC 72) this Court issued an Order Regarding Motion To Withdraw As Counsel For Counter Defendants, the Law Offices of K. Greg Peterson, Esq. Said Counter-Defendants subject to the Court Order are Diversified Consumer Goods, LLC, Diversified Flavor, LLC and Paul Henson, an individual.

I, Brian C. Leighton, am an attorney at law with my principal place of business located at 701 Pollasky Avenue, Clovis, County of Fresno, California 93612; Telephone (559) 297-1690; Facsimile (559) 297-6194; E-mail Brian@lawleighton.com, in good standing with the California Bar, and authorized to practice in law in all courts in California, the United States Supreme Court, and in the United States District Court for the Eastern District of California, and I hereby make an appearance for Counter-Defendants Diversified Consumer Goods, LLC, Diversified Flavor, LLC and Paul Henson, an individual, and with the express approval of said named Counter-Defendants, Diversified Consumer Goods, LLC, Diversified Flavor, LLC and Paul Henson.

I hereby notify the Court and the other parties to this action that I, Brian C. Leighton, attorney at law is the new the attorney for said Counter-Defendants, Diversified Consumer Goods, LLC, Diversified Flavor, LLC and Paul Henson, an individual, and will represent said Counter-Defendants in the above entitled action.

DATED: July 12, 2016                    Respectfully submitted,

/S/ Brian C. Leighton

_____
BRIAN C. LEIGHTON
Law Offices of Brian C. Leighton
701 Pollasky Ave.
Clovis, CA 93612
(559) 297-6190
Fax (559) 297-6194
E-mail: Brian@lawleighton.com

NOTICE OF APPEARANCE AS ATTORNEY FOR COUNTER-DEFENDANTS DIVERSIFIED CONSUMER GOODS, LLC, DIVERSIFIED FLAVOR, LLC AND PAUL HENSON AND ORDER THEREON

## **ORDER**

Based upon the foregoing, and the representations of Brian C. Leighton, attorney of law, and in good standing, IT IS HEREBY ORDERED that attorney Brian C. Leighton is representing Diversified Consumer Goods, LLC, Diversified Flavor, LLC and Paul Henson, an individual, Counter-Defendants, in the above entitled matter, and it is further ordered that the Clerk's Office notify all of the remaining parties of said appearance and representation by Brian C. Leighton, of Counter-Defendants Diversified Consumer Goods, LLC, Diversified Flavor, LLC and Paul Henson, an individual.

IT IS SO ORDERED.

Dated: July 13, 2016

Troy L. Nunley
United States District Judge

3

NOTICE OF APPEARANCE AS ATTORNEY FOR COUNTER-DEFENDANTS DIVERSIFIED CONSUMER GOODS, LLC, DIVERSIFIED FLAVOR, LLC AND PAUL HENSON AND ORDER THEREON