PETER E. GLICK, State Bar No. 127979
Attorney at Law
1722 Third Street, Suite 201
Sacramento, California 95811
Telephone: 916.448.6182
Facsimile: 916.448.2434

Attorneys for Counterdefendant
MAGIC STRAWS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA MILK PROCESSOR BOARD, <br><br> Defendant. <br><br> ——————————————————— <br> AND RELATED COUNTERCLAIM <br> ——————————————————— | Case No. 2:15-cv-01083-TLN-CKD <br><br> STIPULATION EXTENDING TIME FOR COUNTERDEFENDANT MAGIC STRAWS, LLC TO RESPOND TO THIRD AMENDED ANSWER AND COUNTERCLAIM BY 26 DAYS; AND ORDER <br><br> [F.R.C.P., Rule 6 and Local Rule 144] <br><br><br> Third Amended Answer and Counterclaim Served: June 15, 2018 <br> Current Response Date: June 29, 2018 <br> New Response Date: July 25, 2018 |

Pursuant to Local Rule 144, counterdefendant Magic Straws, LLC ("Magic Straws"), and defendant and counterclaimant California Milk Processor Board ("Counterclaimant"), by and through their respective attorneys of record, hereby stipulate that:

1. on May 31, 2018, the Court issued its Order granting in part and denying in part the motion of plaintiff and counterdefendant Food Market Merchandising, Inc. and counterdefendants Jon Tollefson, Reach Companies, LLC, and Magic Straws to dismiss

{2449914.DOCX;} 1

Counterclaimant's Second Amended Counterclaim;

2. on June 14, 2018, counsel for Magic Straws, Peter E. Glick, served a Notice of Unavailability advising all parties that he is unavailable during the period beginning June 10, 2018 through July 10, 2018;

3. on June 15, 2018, Counterclaimant filed and served its Third Amended Answer and Counterclaim;

4. the time for Magic Straws to respond, or otherwise plead, to the Third Amended Answer and Counterclaim shall be extended twenty-six (26) days from the current date of June 29, 2018, to July 25, 2018; and

5. this is the first such extension of time to respond or otherwise plead to the Third Amended Answer and Counterclaim.

Respectfully submitted,

Dated: June 19, 2018     LAW OFFICE OF PETER E. GLICK

By:  /s/ Peter E. Glick
Peter E. Glick
State Bar No. 127979
Attorneys for Counterdefendant Magic Straws, LLC

Dated: June 19, 2018     KNOX LEMMON & ANAPOLSKY, LLP

By:  /s/ Stephen J. Byers
Stephen J. Byers
State Bar No. 245607
Attorneys for Defendant and Counterclaimant
California Milk Processor Board

## ORDER

Upon consideration of the parties' Stipulation Extending Time for Counterdefendant Magic Straws, LLC to Respond or Otherwise Plead to the Third Amended Answer and Counterclaim, and finding that good cause is shown, it is hereby

ORDERED that the parties' request be and is GRANTED.

It is further

ORDERED that counterdefendant Magic Straws, LLC shall have an extension of time, up to and including July 25, 2018, in which to respond or otherwise plead to Counterclaimant's Third Amended Answer and Counterclaim.

IT IS SO ORDERED.

Dated: June 25, 2018

Troy L. Nunley
United States District Judge

{2449914.DOCX;} 3

Stipulation Extending Time for Magic Straws LLC to Respond to Third Amended Answer and Counterclaim by 26 Days; and Order