Dale C. Campbell, State Bar No. 99173
WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916.558.6000
Facsimile: 916.446.1611

Attorneys for Plaintiff and Counterdefendant
Food Market Merchandising, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA MILK PROCESSOR BOARD, <br><br> Defendant. <br><br>——————————————————— <br><br> AND RELATED COUNTERCLAIM <br><br>——————————————————— | Case No. 2:15-cv-01083-TLN-CKD <br><br> STIPULATION EXTENDING TIME FOR PLAINTIFF AND COUNTERDEFENDANT FOOD MARKET MERCHANDISING, INC. TO ANSWER COUNTS X, XI, AND XII OF THE THIRD AMENDED ANSWER AND COUNTERCLAIM; AND ORDER <br><br> [F.R.C.P., rule 6 and Local Rule 144] <br><br><br> Third Amended Answer and Counterclaim <br>    Served: June 15, 2018 <br> Current Response Date: June 29, 2018 <br> New Response Date: 14 days after the Court serves the Order on FMMI's Motion to Dismiss the Remaining Counts |

Pursuant to Federal Rules of Civil Procedure, rule 6 and Local Rule 144, plaintiff and counterdefendant Food Market Merchandising, Inc. ("FMMI") and defendant and counterclaimant California Milk Processor Board ("CMPB"), by and through their respective attorneys of record, hereby stipulate that:

///

1. on May 31, 2018, the Court issued its Order granting in part and denying in part FMMI and counterdefendants Magic Straws, LLC ("Magic Straws"), Reach Companies, LLC, and Jon Tollefson's motions to dismiss CMPB's Second Amended Counterclaim. Specifically, the Court granted FMMI's motion to dismiss Counts I-IX, XIII, and XIV with leave to amend. The Court denied FMMI's motion to dismiss Counts X, XI, and XII;

2. on June 15, 2018, CMPB filed and served its Third Amended Answer and Counterclaim;

3. on June 20, 2018, CMPB and Magic Straws stipulated to extend Magic Straws' time to respond, or otherwise plead, to the Third Amended Answer and Counterclaim until July 25, 2018;

4. FMMI has advised CMPB that FMMI will file a motion to dismiss Counts I-IX, XIII, and XIV, of CMPB's Third Amended Answer and Counterclaim on or before June 29, 2018;

5. FMMI and CMPB agree that judicial economy would be best served to toll the time for FMMI to answer Counts X, XI, and XII of the Third Amended Answer and Counterclaim until such time as the Court issues an order on FMMI's motion to dismiss Counts I-IX, XIII, and XIV of CMPB's Third Amended Answer and Counterclaim;

6. the time for FMMI to answer Counts X, XI, and XII of the Third Amended Answer and Counterclaim shall be extended until 14 days after the Court has rendered its decision on FMMI's forthcoming motion to dismiss Counts I-IX, XIII, and XIV, unless otherwise ordered; and

7. this is the first such extension of time for FMMI to answer Counts X, XI, and XII of the Third Amended Answer and Counterclaim.

Respectfully submitted,

Dated: June 28, 2018     WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Dale C. Campbell
Dale C. Campbell
State Bar No. 99173
Attorneys for Plaintiff and Counterdefendant Food Market

Dated: June 28, 2018  KNOX LEMMON & ANAPOLSKY, LLP

By:   /s/ Stephen J. Byers
    Stephen J. Byers
    State Bar No. 245607
Attorneys for Defendant and Counterclaimant
California Milk Processor Board

### ORDER

Upon consideration of the parties' Stipulation Extending Time for Plaintiff and Counterdefendant Food Market Merchandising, Inc. ("FMMI") to answer Counts X, XI, and XII of the Third Amended Answer and Counterclaim, and finding that good cause is shown, it is hereby ORDERED that the parties' request be, and is, GRANTED.

It is further ORDERED that FMMI, shall have an extension of time, until 14 days after the Court has rendered its decision on FMMI's forthcoming motion to dismiss Counts I-IX, XIII, and XIV, unless otherwise ordered, in which to answer Counts X, XI, and XII of CMPB's Third Amended Answer and Counterclaim.

IT IS SO ORDERED.

Dated: June 29, 2018

_____
Troy L. Nunley
United States District Judge