KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 73384)
2339 Gold Meadow Way, Suite 205
Gold River, CA 95670
Telephone: (916) 498-9911
Facsimile: (916) 498-9991
tknox@klalawfirm.com

Attorneys for Defendant/Counterclaimant
CALIFORNIA MILK PROCESSOR BOARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD MARKET MERCHANDISING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA MILK PROCESSOR BOARD,<br><br>    Defendant. | **CASE NO. 2:15-cv-01083-TLN-CKD**<br><br>**JOINT STATEMENT** |
| CALIFORNIA MILK PROCESSOR BOARD,<br><br>    Counterclaimant,<br><br>v.<br><br>FOOD MARKET MERCHANDISING, INC.; MAGIC STRAWS, LLC; REACH COMPANIES, LLC; JON TOLLEFSON; DIVERSIFIED CONSUMER GOODS, LLC; DIVERSIFIED FLAVOR, LLC, and PAUL HENSON,<br><br>    Counterdefendants. | Complaint Filed: March 10, 2015 |

In response to the court's order of January 24, 2022, Plaintiff and Counterdefendant FOOD MARKET MERCHANDISING, INC. ("FMMI"), along with Counterdefendants REACH COMPANIES, LLC ("REACH"), JON TOLLEFSON ("TOLLEFSON"), and MAGIC STRAWS, LLC ("MAGIC STRAWS"), and Defendant and Counterclaimant California Milk Processor Board

("CMPB"), by and through their respective attorneys of record, hereby submit this Joint Statement to the Court.

The court has directed the parties to meet and confer and submit a joint statement to the court explaining the parties' intentions for prosecuting the case and advising how the parties intend to proceed since counter-defendants PAUL HENSON, DIVERSIFIED CONSUMER GOODS, LLC and DIVERSIFIED FLAVOR, LLC have failed to obtain new counsel.

The parties filing this joint statement intend to proceed with the litigation against one another and are waiting on the court's scheduling order to commence discovery. Those parties filed a Joint Rule 26(f) Status Report with the court on October 1, 2021 and that Status Report remains operative.

Within thirty (30) days of the filing of this Joint Statement, Counterclaimant CMPB will move this court to enter the default of DIVERSIFIED CONSUMER GOODS, LLC and DIVERSIFIED FLAVOR, LLC.

Dated: February 7, 2022                CHRISTENSEN LAW OFFICE, PLLC

By: /s/ Carl E. Christensen
CARL E. CHRISTENSEN, SBN 350412
(*pro hac vice*) Attorneys for Plaintiff/Counterdefendant FOOD MARKET MERCHANDISING, INC. and Counterdefendants REACH COMPANIES, LLC, MAGIC STRAWS, LLC and JON TOLLEFSON

Dated:  February 7, 2022               KNOX, LEMMON & ANAPOLSKY, LLP

By: /s/ Thomas S. Knox
THOMAS S. KNOX, SBN 73384
Attorneys for Defendant/Counterclaimant
CALIFORNIA MILK PROCESSOR BOARD