

United States District Court
Eastern District of California

| Food Market Merchandising, Inc. |
| Plaintiff(s) |

Case Number: 2:15-cv-01083

V.

| California Milk Processor Board |
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Steven Moore hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Food Market Merchandising, Inc., Magic Straws, LLC, Reach Companies, LLC, Jon Tollefson

On 11/23/1994 (date), I was admitted to practice and presently in good standing in the State of Minnesota in Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/10/2023

Signature of Applicant: /s/ Steven Moore

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Steven Moore |
| Law Firm Name: | Smith Jadin Johnson PLLC |
| Address: | 7900 Xerxes Avenue South, Suite 2020 |
| City: | Bloomington    State: MN    Zip: 55431 |
| Phone Number w/Area Code: | (952) 646-9992 |
| City and State of Residence: | Minneapolis, Minnesota |
| Primary E-mail Address: | smoore@sjjlawfirm.com |
| Secondary E-mail Address: | gkittock@sjjlawfirm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Howard Sagaser |
| Law Firm Name: | Sagaser, Watkins & Wieland PC |
| Address: | 5260 N. Palm Ave. Ste. 400 |
| City: | Fresno    State: CA    Zip: 93704 |
| Phone Number w/Area Code: | (805) 296-5007    Bar #: 72492 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 23, 2023

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT